KCB
F. #2015R01468

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★  JAN - 8 2019  ★
BROOKLYN OFFICE

VITALIANO, J.

TISCIONE, M.J.

CR 19 - 008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

YAN VOLOTSENKO,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. _____-_____ (_____)

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant YAN VOLOTSENKO's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   Brooklyn, New York
         January 8, 2019

RICHARD P. DONOGHUE
United States Attorney
Eastern District of New York
Attorney for Plaintiff
610 Federal Plaza
Central Islip, New York 11722

By: _____
    Kayla Bensing
    Assistant United States Attorney
    (718) 254-6279

Cc:   Clerk of the Court